AO 442 (Rev.02/2005-EDVA) Warrant for Arrest                                486382

# United States District Court
### EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

08-181-M-01

v.

Ray William Kemp                             CASE NUMBER : 1:00-CR-283

**FILED**
**MAR 1 0 2008**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Ray William Kemp** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice __Probation Violation Petition
X  Supervised Release Petition

charging him or her with (brief description of offense):

Violation of Supervised Release - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

| | |
|---|---|
| **Judith Lanham** | **Deputy Clerk** |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Judith Lanham | February 12, 2008 |
| Signature of Issuing Officer | **401 Courthouse Square Alexandria, VA 22314** |
| | Date and Location |

Bail fixed at $_____ by_____

| Date Received 3/10/2008 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 3/10/2008 | SEAN E. MITCHELL, DUSM | *[signature]* Sean S. Mitchell |

# UNITED STATES DISTRICT COURT
## for
### EASTERN DISTRICT OF VIRGINIA

U.S.A. vs Ray William Kemp              Docket No. 1:00CR00528-001

## Petition on Supervised Release

COMES NOW Juan E. Peredo, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ray William Kemp, who was placed on supervision by the Honorable James C. Cacheris, sitting in the Court at Alexandria, Virginia, on the 15th day of December, 2000, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of alcohol or drugs, with partial costs to be paid by the defendant, as directed by the probation officer.
2. Defendant shall pay restitution in the amount of $ 762.00, to Sun Trust Bank.
3. Shall pay a $100 special assessment fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued for the offender's arrest and he be returned to Court to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this 12th day of _____, 2008 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on  2-8-08

_____
Juan E. Peredo
United States Probation Officer

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Petition on Probation
Page 2
RE: KEMP, Ray William

OFFENSE:    Conspiracy To Defraud The United States.

SENTENCE: Sixty (60) months incarceration followed by 3 years supervised release. Special conditions are as follows: 1) complete a substance abuse program; 2) pay restitution totaling $762.00, to Sun Trust bank; and 3) pay a $100 special assessment fee.

ADJUSTMENT TO SUPERVISION: On August 26, 2005, Mr. Kemp commenced his 3 year term of supervised release with the United States Probation Office for the District of Columbia. According to his probation officer, Frederick Albert, the defendant's overall adjustment on supervision has been unsatisfactory. Mr. Kemp is currently unemployed as he was terminated from his job at Party City in December of 2007. Concerning substance abuse treatment, Mr. Kemp completed the Renaissance Center on November 30, 2005.

NO ACTION PETITION: On March 17, 2006, a No Action Petition was submitted to your Honor after the defendant failed to make restitution payments as instructed by his probation officer. Your Honor signed said petition on March 22, 2006.

NO ACTION PETITION: On December 5, 2006, a No Action Petition was submitted to Your Honor after the defendant tested positive for cocaine and marijuana. Your Honor signed said petition on December 12, 2006.

VIOLATION: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:**          **WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME.**

Officer Albert reports that he spoke to Mr. Kemp's paramour, Dorita Young, on January 9, 2008, and she told him that the defendant had taken her car without permission and sold it. As a result of these actions, on December 17, 2007, Mr. Kemp was charged by the Prince George's Police Department with Driving Vehicle Without Owner's Consent With Intent To Deprive Owner. On December 17, 2007, Prince Georges District Court issued a warrant for the defendant's arrest and it remains outstanding to date.

**SPECIAL CONDITION: #2**          **THE DEFENDANT SHALL PAY RESTITUTION IN THE AMOUNT OF $762.00 TO SUN TRUST BANK.**

Officer Albert reports that Mr. Kemp is two months delinquent with his restitution payments as of January 10, 2008. Mr. Kemp's last payment of $50 was made on November 30, 2007. His current balance is $157.00.

Petition on Probation
Page 3
RE: KEMP, Ray William

STANDARD CONDITION #2:   THE DEFENDANT SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST 5 DAYS OF EACH MONTH.

Officer Albert reports that Mr. Kemp failed to submit written monthly reports for the months of November 2007 and December 2007. During a home visit on December 17, 2007, Officer Albert verbally reprimanded Mr. Kemp for failure to submit his monthly reports. On that date, Mr. Kemp was instructed to complete the reports, and then forward them to the probation office. To date, the reports have not been received by the probation office.

STANDARD CONDITION #6:   DEFENDANT SHALL NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS, OR EARLIER IF SO DIRECTED OF ANY CHANGES IN RESIDENCE.

On December 17, 2007, Officer Albert conducted a home visit with Mr. Kemp and his paramour, Dortia Young. On that date, Mr. Kemp reported no issues with his relationship with Ms. Young. In addition, he reported how well he was doing with his employment and in his personal life.

However, on January 8, 2008, Mr. Kemp's paramour, Dorita Young, contacted Officer Albert and reported that the defendant moved out of her residence on December 17, 2007. Officer Albert reports that he has had no contact with Mr. Kemp since December 17, 2007, and his whereabouts are currently unknown.

JEP/mbp