AO 94 (Rev. 8/85)  Commitment to Another District

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

_Ray William Kemp_

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: _08-181_

The defendant is charged with a violation of ___18___ U.S.C. _3583_ alleged to have been com-

mitted in the ___EASTERN___ District of ___VIRGINIA___.

Brief Description of Charge(s):

_Supervised Release Violation_

FILED

MAR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that de-
fendant with a certified copy of this commitment forthwith to the district of offense as specified above and
there deliver the defendant to the United States Marshal for that District or to some other officer authorized
to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_03 / 10 / 08_
Date

_John M. Facala_
Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |